# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>ALEXIS MENDOZA-TAFOYA,<br><br>                                    Defendants. | Case No.: 19-mj-23344-RNB-GPC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>**[ECF Nos. 8, 16]** |
|---|---|

Before the Court is Appellant Alexis Mendoza-Tafoya's unopposed motion for voluntary dismissal of his appeal from his order of detention. ECF Nos. 5, 16. Because the argument at issue in Mr. Mendoza-Tafoya's appeal has been foreclosed by the United States Supreme Court in *Rizo-Rizo v. United States*, — S.Ct. —, 2022 WL 4652264 (Oct. 3, 2022), *denying cert. to United States v. Rizo-Rizo*, 16 F.4th 1292 (9th Cir. 2021), the Court GRANTS Mr. Mendoza-Tafoya's motion, dismissing the appeal.

**IT IS SO ORDERED.**

Dated:  November 14, 2022

Hon. Gonzalo P. Curiel
United States District Judge

1

19-mj-23344-RNB-GPC